**TIMOTHY J. YOO (155531)**
800 S FIGUEROA STREET, SUITE #1260
LOS ANGELES, CA  90017
Telephone: (310) 229-3361
Telecopier: (213) 627-7194
Email: tjytrustee@lnbyb.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>PAUL JOHN YEPEZ,<br><br>Debtor(s) | CASE NO. 2:19-BK-17970-RK<br><br>CHAPTER 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011)<br><br>(No Hearing Required) |

**TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto, Check No. 5012, in the sum of $124,461.72, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: September 2, 2021

_____
TIMOTHY J. YOO, Chapter 7 Trustee

| NO. | CLAIMANT | CLAIMED AMOUNT | DIVIDEND |
|---|---|---|---|
| #2 | Calvalry SPV I, LLC<br>PO Box 27288<br>Tempe, AZ 85282 | $17,771.04 | $18,440.98<br>(claimed amount plus interest) |
| | Paul John Yepez<br>c/o Neil Hedtke, Esq.<br>820 N Mountain Avenue, #109<br>Upland, CA  91786 | $106,020.74 | $106,020.74<br>(surplus funds to debtor) |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

800 S FIGUEROA STREET, SUITE #1260, LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 2, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Debtor's counsel: Neil R Hedtke    hedtkelg@gmail.com, hedtkeecf@gmail.com;r42667@notify.bestcase.com;rowena@flatrocklegal.com
- James F Lewin    james.lewin@mtglawfirm.com, jimlewin7@gmail.com;renee.parker@mtglawfirm.com;bankruptcy@mtglawfirm.com
- Zi Chao Lin    zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- Valerie Smith    claims@recoverycorp.com
- Trustee's Accountant: Jeffrey L Sumpter    jsumpter1@cox.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On September 2, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert N. Kwan, U.S. Bankruptcy Court, 255 E Temple Street, Room. 1682, Los Angeles, CA 90012
Debtor: Paul John Yepez, c/o Neil Hedtke, Esq., 820 N. Mountain Avenue, Suite 109, Upland, CA 91786
Creditor: Calvalry SPV I, LLC, PO Box 27288, Tempe, AZ 85282

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 20, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2, 2021 | Linda Riess | /s/Linda Riess |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**